IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

FILED
DISTRICT OF NEBRASKA
AT _____ M
DEC - 3 1986
William L. Olson, Clerk
By _____ Deputy

| | |
|---|---|
| LEATH M. BROWN, III, | ) |
| Petitioner, | ) CV86-L-23 |
| v. | ) |
| GARY GRAMMER, | ) ORDER |
| Respondent. | ) |

The court has been provided documents regarding this case, in connection with petitioner's motion to expand the record, which are claimed to be confidential.

IT IS THEREFORE ORDERED, the clerk shall file the documents under seal and no person other than the court or counsel shall have access to them without further order of the court.

Dated December 1, 1986.

BY THE COURT

*David L. Piester*
United States Magistrate